DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HD LAW PARTNERS, P.A.,**
Appellant,

v.

**RADSURITY, P.A.,**
Appellee.

No. 4D22-3413

[February 2, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. COCE20031749.

Raymond A. Haas and Troy Schneider of HD Law Partners, Tampa, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***